FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 13 2009 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Katrina D Conway

NAME OF PLAINTIFF(S)

v.

AMENDED COMPLAINT

08-CV-5218 (SJF)(ARL)

(1) The IRS Department of Treasury
(2) Maureene Crane - Dept Head
(3) Marie Lipiria - Employee, (4) Henry M. Paulson Jr. Sec Dept of Treasury

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aformentioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

92 Maple Drive Amityville
Street Address

| Suffolk | N.Y | 11701 | 631-608-1949 |
|---|---|---|---|
| County | State | Zip Code | Telephone Number |

2. Defendant(s) resides at, or its business is located at:

One Corporate Drive
Street Address

| Suffolk | Holtsville | N.Y | 11742 |
|---|---|---|---|
| County | City | State | Zip Code |

3. The address at which I sought employment or was employed by the defendant(s) is:

One Corporate Drive
Street Address

| Suffolk | Holtsville | New York | 11742 |
|---|---|---|---|
| County | City | State | Zip Code |

4. The discriminatory conduct of which I complain in this action includes (check only those that apply).

- ____ Failure to hire.
- ✓ Termination of my employment.
- ____ Failure to promote.
- ____ Failure to accommodate my disability.
- ____ Unequal terms and conditions of my employment.
- ✓ Retaliation
- ✓ Other acts (specify): Defamation of Character, Harassment

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on: Dec 15, 2006
Date(s)

6. I believe that the defendant(s) (check one)

- ✓ is still committing these acts against me.
- ____ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my: (check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)

- ☑ race African American - Black
- ☑ color Brown/Black
- ☐ gender/sex ______
- ☑ religion Christian
- ☑ national origin African American
- ☐ age ______ My date of birth is: ______ Date
- ☐ disability ______

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows: See Attached Paper Marked #8. The facts of my case are as follows.

(Attach additional sheets as necessary)

**Note:** As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: July 6, 2007.
Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: July 6, 2007.
Date

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (check one),

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission (check one):

_____ has not issued a Right to Sue letter.

✓ has issued a Right to Sue letter, which I **received** on 10/2008
Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

[signature]
PLAINTIFF'S SIGNATURE

Dated: 11-28-2008

92 Maple Drive
Address Amityville N.Y 11701
631- 0608-1949
Phone Number

***#8. THE FACTS OF OF MY CASE ARE AS FOLLOWS***

***DESCRIPTIONS OF DISCRIMINATION.***

**On or about Dec 15,2006 I put up four pictures out side of my work cubicle to try to uplift my co-workers morale and help beautify the desolated back area. Many people complimented the pictures as something new and fresh. One day Marie Lipira an Italian Caucasian women became enraged and jealous that I placed the pictures in my work area. Marie started immediately criticizing the pictures and made many comments to my other co-workers that I had my own art wall in the office. Marie Lipria continued to antagonize over the pictures and placed a flyer for our Christmas party in the middle of where I placed the pictures. I phoned Marie three times, left her a message and I also sent her an e-mail asking her if she would mind if I placed the flyer on a vacant cabinet next to the pictures. Marie never did respond to my messages. One day in December Marie returned from a class about 4:15 Pm. I was inside my cubicle and Marie started yelling to her friend Loretta yelling" Look that B moved my flyer again. When I heard her yelling about me I told her that I phoned her several times and left her a message asking if it was ok that I place the flyer on a vacant spot next to the pictures? Marie yelled at me not to leave her any voice messages and not to dare send her any e-mails. I told her that I felt that she was being disrespectful to me. Loretta then says "well technically you are not suppose to put anything on these walls" I replied" well then technically neither should she" People have pictures and personal items hung up all over the office. Marie was just being hateful and discriminatory. I felt that this was a deliberate attack on me. Marie and Loretta walked to the canteen. A couple of minuets later my manager Linda Lucaina came over to me and asked what happened? I told her and she replied that if the Director did not object to the pictures being hung up then Marie should not either. Linda further told me that if Marie says anything else to let her know. There are only 1% of minorities in our**

**building. One African American lady Colleen Hill came over to me and asked me what happened because she heard all of the yelling from where she was. I told her. After that day Marie was going around the office trying to get as many people as possible to turn against me. Marie actually wanted to start a RACE WAR. There was so much hostility in the office from most of Marie's friends. Soon after that incident with Marie we had our Christmas Party. I went in to the party with one of my co-workers (Camille Schwartz) we were going to sit together and Marie came over to Camille and told her not to let me sit at her table forcing me to sit at the back table. This made Camille uncomfortable. I was still being polite to Marie Lipira; I asked her what symbol did she have in a game that we were playing. Marie totally disrespected me by ignoring me as if I was not visible. I tried to reach out to Marie by calling her again and sending her an e-mail in hopes that we could rectify any differences. She once again disregarded me. I sent her an e-mail explaining that I am not accustomed to working in a hostile, hateful environment and if she continues to ignore me and created an uncomfortable existence for me then I would have no other choice but to speak to her manager with her. I also sent the e-mail to her manager after I did not receive a response from her. Marie Lipira's manager spoke to her while my manager spoke to me. I explained that I just wanted to have harmony in the work place. Both Marie and I apologized to each other for any misunderstandings. Again I thought that this was settled. The very next day around 8:30 AM, I was in the ladies room Marie storms into the ladies room approaches Camielle Schwartz pointing at her and all the time yelling" LET ME TELL YOU WHAT THAT B.... KATRINA DID........" I say to them that I am here. Marie and Camille left the ladies room. I know Camille was embarrassed and was placed in an uncomfortable position so I went to comfort Camille and told her that I felt bad that Marie keeps dragging into her saga. Camille and I spoke about the awful things that Marie said. I told Linda Lucania what happened in the ladies room with Marie and Camille. Linda said that she would request that Camille does not listen to Marie this way she can defuse any bad things that Marie had to say. Linda Lucania was very professional. I once again thought that Marie would let bygones be bygones. To my**

**surprise Marie has gotten another one of my co-workers to turn against me. The co-worker is Jane Greenleaf. There was a coat rack that no one was utilizing. I started using the coat rack to hang my coat up because there wasn't any space in my cubicle. I came into work one morning and Jane says to me that the coat rack is not mine and could she share it? I told her by all means. Later on she says that the coat rack belongs to Marie Lipira that Marie had it in her cubicle. She further tells me that I better watch my back because Marie has it in for me. Jane spoke to Christen who sits way in the front of the building I sit in the back. Christen also asked me if she could use the coat rack. I tell her that I do not have a problem with her sharing the coat rack. This was all intended to harass me. I said that I would share the coat rack with anyone. Jane became extremely violent with me because I was putting up some Christmas cards on the outside of a co-workers cubicle. The other co-worker did not mind since he was new and he was the only one that did not have decorations on his cubicle. When I was walking back to my cubicle Sharron was complementing how beautiful the wall was and who put up the decorations. Jane yells that Katrina did and starts yelling at me to take down the decorations that I am taking to many liberties. I asked Jane what her real problem was because surely it could not be decorations on the wall. The whole office was decorated with Christmas decorations. Jane stormed off to the manager Linda Lucania and told Linda that I cursed and yelled at her. I never ever curse. I never yelled at Jane. Sharrone is my witness. I told Lind that Jane is reacting off of the bitter hate fueled by Marie Lipira.**

**In February of 2007 I volunteered to be on our companies CPE COMMITTEE. So did Marie. When we had our first group meeting we were trying to formulate sub committees. Marie volunteered to be on the supply sub committee. I was not paying that close attention and volunteered to be on the supply sub committee also. I thought Alicia said that she would be on this committee. As soon as I volunteered Marie Lipira said in front of everyone that she wants to be taken off of this sub committee because I was on it. Once again discriminating against me. I suggested that we do a name jumble with all of the workers names on it and the**

**object was to find your co-workers name. Marie said that she had a program on her computer that can work out jumbles and crossword puzzles. We formed a game team committee consisting of Doris Nationalis, Alicia Harris, Cindy Reyes, Marie Lipira and myself. Because we were all on the same team and the theme of the CPE was teambuilding, I thought that once again Marie Lipira would stop her hate war and witch-hunt against me. She did not. On March 7, 2007 we (our team) was scheduled to have a luncheon meeting. I sent e-mails to everyone on our team. I requested to have Marie submit her finished game to us since she could not attend the meeting. We needed her game so we would not duplicate the same words for Doris's game. Marie refused and sent some e-mails back (The e-mails are attached.) There was concern from the other team players that Marie was not a good team player. The very next day March 8.2007 Maria approached Cindy Reyes in the ladies room. Marie told Cindy that she is not a bad team player that she just had issues with Katrina. Marie once again was trying to put a wedge between my friend and me. Cindy was put on the spot and made to feel uncomfortable. Cindy told me what Marie said and I was shocked to think that Marie was continuing this blatent discrimination against me. I wrote Marie an e-mail and asked her why did she go to Cindy if she had issues with me and why didn't she just come to me? I requested a meeting with both of our managers. Our managers suggest that we speak to Carmen Bezco from EEO. While we were at the meeting with Carmen, Marie told Carmen that when she first started yelling about the pictures in Dec 2006 that I pulled her arm. I was shocked that she would tell such a lie to justify her behavior**

**I told Carmen that I would not sit there and let Marie lie on me to my face. Marie called me a BULLDOG, referred to me as a BULLDOZER, and imagined me as ten feet tall and towering over her. She did not like me saying good morning or good night to her. She said that every time I would be polite to her that it was like a knife being shoved in her back. Marie eventually broke down and started crying saying that she acted the wrong way and dramatized the whole thing and that she**

**takes full responsibilities for her actions. Marie did not want me to be polite to her. She said that she did not want to be my friend, I said ok. We left the EEO with a mutual understanding that we would only speak to one another if it were business related. Days after that Marie got every team member except Doris in trouble. All of the team members were called into Chris D'Antonio (acting Director) office. All of us were participating on the team except Marie and yet we all received disciplinary measures. Marie continued to be hateful and maintained a hostile working environment. During the following CPE meetings Marie would make it know how much she despised me. Because my job was more important to me then Marie's Racism, I did my best to remain professional and respectful towards Marie Lipira. The day finally came when we had our CPE. All day long Marie antagonized me. She started making actuations about her purse being missing from where I was sitting; she questioned every move I made to my teammates. Marie actually threatened me at our CPE stating that she would kick my BLACK ASS. She talked about me all day to the other committee members deliberately making me feel belittled, unwanted, uncomfortable and disgraced.**

**On or around April 30, 2007 I was speaking to Darlene Milton in the ladies room. We were on our way out and Darlene was holding the door open. I was just opposite her. Marie abruptly stormed in between us nearly pushing us out of the way. I look at Marie and politely said excuse me. She yelled back WHAT! I said that anytime you walk between two people you should say excuse me. Marie said that she did not like my tone and some other things. I asked Darlene was there anything wrong with my tone? Darlene said no. Marie stormed out between us again and this time she said excuse me. Because I know how much Marie likes too antagonizing me and prefabricating her stories I ask Darlene to come with me so I can tell my Manager Linda what just happened. Darlene and I went to Linda's office where she was having a meeting with someone. I called Linda and told her what happened. Shortly after Marie went into Linda's office and told her a story. When Marie left Linda's office she said BOO to an African American sister. BOO is another way that Caucasians call Black people SPOOKS. My co- worker told me what Marie**

**said and I suggested that she tell Linda. Linda told my co-worker to mention this to Marie first and let Marie know what BOO stands for. In the meantime, Linda asked Darlene and I to write down what happened. We both did. Two days later I was called into Chris D'Antonio's office. She asked me if I knew why she was calling me into the office? I told her no. Linda was also in the office. To my surprise: Chris told me that it was my fault that I asked Marie to say excuse me when she stormed pass Darlene and me while in the ladies room. Chris further accused me of having an issue with Marie. (I WAS MADE TO FEEL INFERIOR TO MARIE BY CHRIS D'ANTONIO. MY CO-WORKERS WERE AMAZED THAT CHRIS SIDED WITH MARIE OVER THE TRUTH THAT I TOLD HER) I told her that I did not have an issue with Marie. I told her that I swallowed a lot of the awful treatment that I endured from Marie. Chris thanked me for being the better person and said that she would speak to Marie. Marie apparently stereo typed me to Chris. Marie gave Chris the impression that I was a low down street ghetto girl. Marie told Chris that I rolled my eyes and moved my neck in a circular motion while I was speaking to her. Marie gave Chris the impression that I have a bad Black girl attitude. I never in a million years have rolled my eyes or rotated my head and neck. That is so out of character for me. Chris apparently believed Marie and thought much less of me. Marie has accomplished her goal in stereo typing me to the managers. Besides discrimination there is nothing worse then being stereotyped by all Caucasian workers. I am a Christian missionary and would never be disobedient to my faith.**

**There isn't much diversity at One Corporate Drive. During our CPE in Atlanta Ga. Last year most of the speakers were African American. The majority of the office staff is non-African American. Many co-workers complained that there weren't many white presenters and couldn't they find any white speakers. One of my team members referred to an African American speaker two times as "that colored man" she said, "I really liked that colored man". When we had our staff meeting I mentioned that I would like to enlighten my co- workers and let them know that the term colored man is not ethnically correct. One co-worker went to Linda the manager and said that I said that I wanted to educate my co-workers on**

**how to address African Americans. I explained to Linda that I said enlighten not educate. There is no diversity in the work place. Please contact me for more information. Please feel free to speak with Camille Schwartz, Colleen Hill, and Darlene Milton. Cindy Reyes, Sharron Claiborne, Cynthia Brad, Pat Thomas-Murray and Calvin Woods. I pray that they will be able to tell you about the lies and racial discrimination at One Corporate Drive. I cannot give you the phone numbers of everyone without thrie permission. Sharrone was there when Jane started yelling about the decorations and on other racist and anti christens comments. Darlene was there when Marie came into the ladies room. Cindy was there when Marie approached her about me. Not by everyone is racist at One Corporate Drive but definitely Marie Lipira and Jane Greenleaf who is anti Christian.**

**5A) Discrimination against my religion:**

**We had an offsite staff meeting in a restaurant. I asked permission to bless the food before we ate. I asked everyone if anyone mind if I blessed the food. My manager Linda Lucania asked three tines if anyone would mind if I blessed the food. No one objected. I said the blessing. When we returned to the office Linda called me into her office and reprimanded me for saying the blessing. I told her that she asked three times if anyone mind and no one said no. She further told me that in the future I should bless my food privately.**

**One day a lady named Cathy was admiring my cross pendant. She asked Jane Greenleaf if she thought my cross was beautiful. Jane replied that she is Jewish so what does she care. As I was putting up Christmas decorations Jane Greenleaf became enraged and started yelling that I do not have the right to put up Christmas decorations: She complained to our manager Linda Lucania that she can not put up JEWISH DECORATIONS AND THAT EVERYONE GIVES JEWS A BAD NAME SO HOW COME I CAN PUT UP CHRISTMAS DECORATIONS? The whole office was filled with Christmas and Chanukah decorations. Jane just felt it was**

**necessary to attack my religion and me.**

**Because of all of the discrimination, obnoxious hateful racism, defamation of my character and collective bias, I believe that Chris D'Antonio made a rash and merit less decision in terminating my employment. Just because I am Black it does not mean that I am wrong. After I was terminated on May 11, 2007. Chris D'Antonio asked me if I wanted her to pack my stuff up and send them to me. I said yes believing that I was doing the right thing. All of my belongings were carelessly dumped in boxes and broken before they reached my home. This really displayed the hate that the people at One Corporate Drive had for me. I did not deserve this horrific treatment. Please see documents (B) enclosed.**

**Sincerely**

**Katrina D. Conway**

**92 Maple Drive**

**Amityville New York 11701**

**631-608-1949**

**DECEMBER 1. 2008**

MAY 29, 2007

INTERNAL REVENUE SERVICE
ONE CORPORATE DRIVE
HOLTSVILE NEW YORK 11742

Dear Maureen Cane,

Today is May 29th 2007. I just received my final boxes. I opened up one box and again to my surprise all of my glass items were broken. I am extremely devastated at the careless way that my belongings were handled. The first two boxes that I received were on my birthday May 24th. All of the pictures were broken, my figurines were broken, and my glass pencil holders were broken as well. Today is my daughter's birthday and I receive four boxes. I opened up the first box only to find a repeat of the broken glass merchandise. All I could do was cry. Nothing was handled with care. None of my glass articles were wrapped in paper to prevent breakage. The boxes were not even marked FRAGILE. I phoned Linda Lucania and left a message on her machine explaining that I did not deserve to be treated with such disregard for my personal belongings. When I was in Chris D'Antonio's office I gave her permission to pack my boxes. I thought that this would save embarrassment to the office staff. I trusted the staff with my personal belongings; I trusted the staff to go through my personal belongings. I trusted the staff to treat me with respect and not like a piece of trash. All I ever wanted to do was successfully complete my internship and while doing so I tried to beautify the working area. When the back of the building looked like a dump yard for all of the garbage, no one said or did anything. As soon as I thought that I would help lift my co-workers morale by cleaning up the back area and hanging up some pictures people started getting jealous and spread hateful remarks. That was ok because I tried my best.

Maureen, I have been treated so unfairly by certain people on your staff. I have been unjustly terminated. Chris said that the statement was written in black and white and that she actually believed the lies that were written about me. I never got to tell the truth and clear my name. I never stole anything from anybody. I never hit, pushed or kicked any

one. These are false claims made by a very vindictive people. It is written on my termination papers "In order for the Service to serve the public interest, the service and its employees must hold and maintain the confidence and esteem of the public we serve." I treat the public and my co-workers with much more respect and kindness then I have ever been given. I have bent over backwards to be kind to Marie Lipra and yet she got pleasure out of slandering my name. I told Chris that I did not have any problems with Marie and that Marie was the one who said that she had issues with me. Chris insisted that I did have a problem with Marie even though I told her that I did not. And I still don't.

The most important thing is that I would never resign from this job. I loved my job!!! I loved learning!!! I did not let the little hateful things get to me because I was determined to succeed. When I was told that I was terminated I said ok. I was asked to resign this way I would get a good reference and be able to work for the Government again. I was under duress when I signed the statement that Chris D'Antonio wrote. I have not been given the benefit of the doubt from any one at One Corporate Drive nor was I treated with respect when it came to my personal belongings. I don't want to live a lie and say that I resigned from a job that I loved. I want it to be known that I was terminated. If anyone wants to give me a bad reference…so be it. I did not deserve to be terminated. I am innocent and it will be proven that these people attacked me and then made a citizens arrest. Do you think that I would actually jeopardize my job? I was always a lady when dealing with these two malicious females. I would also appreciate it if I was reimbursed for my damaged property. No one even wrapped my glass items in paper. Everything was just thrown in a box like garbage. I was so upset at my broken merchandise that I could not bring myself to opening up the other boxes. When I lifted the boxes from off of my porch I heard the broken glass in the box. I estimate the damages to be close to $300.00. I can't bear the thought of my angel or my glass vase being broken so I won't open up the box without a witness. I wish you well. Thank you for your time.

CC: Linda Lucania
CC: Chris D'Antonio

Sincerely
Katrina D. Conway

Katrina D Conway

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

OFFICE OF
CHIEF COUNSEL

SEP 10 2007

Katrina Conway
92 Maple Drive
Amityville, NY 11701

IRS Claim Number: 07-122 (GLS-138436-07)

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Dear Ms. Conway:

This concerns the tort claim which you submitted against the United States for damages in the amount of $572.00. The claim arises from an incident which occurred on or about May 24, 2007. Your claim has been allowed in the amount of $300.00.

For payment of the allowed amount, please sign and date the enclosed voucher and provide your Social Security Number (SSN) in the appropriate space. The voucher will not be considered acceptable for processing if it does not contain the signature of the payee and their SSN or if the voucher has been modified in any fashion. If you need the voucher to be changed, please return it to this office with information about the alterations you need. You should receive a check in the amount indicated on the voucher within *four to six weeks after* the properly completed voucher has been received in this office.

If you wish to contest this determination, you must resubmit the claim to this office within six months from the date of the mailing of this letter with a request that it be reconsidered. Such a request for reconsideration must set forth fully the basis thereof including substantiating documentation.

Alternatively, you may consider this a final determination of this agency and may file suit in the appropriate United States district court no later than six months after the date of the mailing of this notification.

We regret that this incident occurred and the inconvenience it must have caused.

Sincerely,

Mary-Ellan Krcha

Mary-Ellan Krcha, Claims Manager
IRS Office of Chief Counsel
General Legal Services (CC:GLS:CLP)
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC 20024

Enclosure: IRS Voucher

# VOUCHER FOR PAYMENT UNDER FEDERAL TORT CLAIMS ACT

*Schedule No.* ____________

*Claim No. 07-122; GLS-138436-07*

Paid By

U.S. Department of Treasury, Internal Revenue Service
Office of Chief Counsel, General Legal Services (CC: GLS: CLP)
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC 20024

*Voucher prepared in* Washington, D.C. 20024

To: Katrina Conway

Address: 92 Maple Drive
Amityville, NY 11701

Amount claimed: $572.00 Date claim accrued: May 24, 2007
Amount of award, compromise, or settlement, $300.00
Claim for damages filed by Katrina Conway as the result of an incident which occurred on May 24, 2007 at the IRS offices located at One Corporate Drive, Holtsville, NY.

ACCEPTANCE BY CLAIMANT(S)

I, (We), the claimant(s), do hereby accept the within-stated award, compromise, or settlement as final and conclusive on me (us), and agree that said acceptance constitutes a complete release by me (us) of any claim against the United States and against the employee of the Government whose act or omission gave rise to the claim, by reason of the same subject matter.

Date: 9-12, 2007

Katrina Conway (Claimant)

Katrina Conway (Claimant)

FEDERAL TAX ID/SSN (required) # _

Thank You K.C.

This claim has been fully examined in accordance with the provisions of the federal Tort Claims Act (28 U.S.C. 2672), and is approved in the

amount of $____________

____________
(Head of Federal Agency, or authorized designee)

Date:____________, 20____

Title____________

Pursuant to the authority vested in me, I certify that this voucher is correct and proper for payment in

the amount of $____________

(Authorized certifying official)

Date:____________, 20____

Title____________

ACCOUNTING CLASSIFICATION

Paid by Check No. ____________

Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

Tracking

Log-In User ID: Password: | Forgot Password

## Tracking

**Track Shipments**
- Track by Reference
- Get Signature Images
- Track by E-mail
- Import Tracking Numbers
- SMS Tracking

Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

**Track Packages & Freight** **Quantum View** **Flex Global View**

**Tracking Detail** Printer Friend

| | |
|---|---|
| Tracking Number: | 1Z 138 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 040 0 |
| Type: | Package |
| Status: | **Returned to Shipper** |
| Returned On: | 06/01/2007 10:35 A.M. |
| Signed by: | DUFFY |
| Location: | DOCK |
| Returned To: | HOLTSVILLE, NY, US |
| Shipped or Billed on: | 05/25/2007 |
| Service Type: | GROUND |
| Weight: | 13.70 Lbs |
| Multiple Packages: | 5 Show All |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| FARMINGVILLE, NY, US | 06/01/2007 | 10:35 A.M. | RETURNED TO SHIPPER |
| | 06/01/2007 | 6:18 A.M. | OUT FOR DELIVERY |
| | 06/01/2007 | 5:29 A.M. | ARRIVAL SCAN |
| UNIONDALE, NY, US | 06/01/2007 | 4:19 A.M. | DEPARTURE SCAN |
| UNIONDALE, NY, US | 05/31/2007 | 10:11 P.M. | ARRIVAL SCAN |
| FARMINGDALE, NY, US | 05/31/2007 | 9:33 P.M. | DEPARTURE SCAN |
| | 05/31/2007 | 2:14 A.M. | THE PACKAGE WAS DAMAGED TRANSIT. UPS WILL NOTIFY TH WITH THE DETAILS;ALL MERCH IS BEING RETURNED. UPS WIL THE SENDER WITH DETAILS OI DAMAGE |
| FARMINGDALE, NY, US | 05/30/2007 | 10:58 A.M. | THE PACKAGE WAS DAMAGED TRANSIT. UPS WILL NOTIFY TH WITH THE DETAILS |
| FARMINGDALE, NY, US | 05/29/2007 | 6:58 A.M. | OUT FOR DELIVERY |
| FARMINGDALE, NY, US | 05/26/2007 | 6:28 A.M. | ARRIVAL SCAN |
| FARMINGVILLE, NY, US | 05/25/2007 | 10:35 P.M. | DEPARTURE SCAN |

| | | | |
|---|---|---|---|
| | 05/25/2007 | 8:03 P.M. | ORIGIN SCAN |
| | 05/25/2007 | 5:47 P.M. | PICKUP SCAN |
| US | 05/25/2007 | 3:07 P.M. | BILLING INFORMATION RECEIV |

Tracking results provided by UPS: 06/06/2007 6:22 P.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]
Log in or register to e-mail this page to up to three recipients. UPS can also notify you when this shipment is delivered or if an exception occurs.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tenc for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

**NEW YORK STATE**
**DIVISION OF HUMAN RIGHTS**
**COMPLAINT FORM**

Please complete this form completely, sign it before a notary public, have it notarized, and return to the New York State Division of Human Rights' Central office, One Fordham Plaza, 4th Floor, Bronx, NY 10458. For further information, and/or for assistance in filing a complaint, please refer to our website at www.dhr.state.ny.us, or call your local New York State Division of Human Rights office (see attached list).

**1. PERSONAL DATA**

First Name: Katrina M. I.: D Last Name: Conway

Street Address: 92 Maple Drive Apartment #:

City: Amityville State: NY Zip Code: 11701

Primary Phone Number: Area Code 631 – 608-1949 Ext

Secondary Phone Number: Area Code 631 – 398-1162 Ext

**2. JURISDICTION**

I wish to file a complaint of discrimination in (check only one)

- (●) Employment (The Employer being charged must have four or more employees.)
- ( ) Housing
- ( ) Public Accommodations
- ( ) Credit
- ( ) Educational Institutions
- ( ) Volunteer Firefighters
- ( ) Apprentice Training
- ( ) Boycotting/Blacklisting

The most recent act of discrimination against me occured on ( If the discrimination is still going on, use today's date ) :

Month: MAY Day: 18 Year: 2007

**3. Basis**

I believe that I am being discriminated against based on the following factor(s) (Please check all that you believe apply, and be as specific as possible for each factor checked.):

- [ ] Age (Please Specify Date of Birth)
- [x] Arrest Record (Only if Resolved in your Favor) This is in my Favor.
- [ ] Conviction Record (Please Specify)
- [x] Creed/Religion(Please Specify) Christian
- [ ] Disability/Perceived Disability/Past Disability

  Please Describe One or More Disability
- [ ] Genetic Pre- Dispostion(Please Specify)
- [ ] Marital Status : [ ] Unmarried [ ] Married [ ] Separated [ ] Divorced [ ] Widowed
- [ ] Military Status (Please Specify)
- [ ] National Origin (Please Specify)
- [x] Race (Please Specify) Black African - American
- [x] Color (Please Specify) Black
- [ ] Sex : ( If so, please specify) [ ] Male [ ] Female [ ] Sexual harassment
- [ ] Pregnancy
- [ ] Sexual Orientation/Perceived Sexual Orientation (Please Specify)
- [ ] Retaliation for Opposing Discrimination

  Please specify: this involves retaliation for opposing discrimination based on one of the categories listed above, such as by filing a discrimination case, being a witness in a discrimination case, and/or objection to a discriminatory practice):

- [ ] Violation of a Prior Order issued by the New York State Division of Human Rights

  Please Specify Date of order, if Known:
- [ ] Familial Status (presence of children in the household) For housing cases only

**4. RESPONDENT**

*Please provide information below regarding the party that discriminated against you ("Respondent").*

Name of Firm, Organization, or Individual Against Whom you are Filing: *(If you are naming a co-worker, supervisor, agent, etc., please also name the firm or organization.)* :

Acting Director: Chris D'Antonio Manager: Linda Lucania

Name: Marie Lipina and Jane Greenleaf

Address: I.R.S One Corporate Drive

City: Holtsville State: New York Zip Code: 11742

Phone Number : Area Code 631 – 447-4663 Ext

Managers Phone number is 631-687-1637

**5. DESCRIPTION OF DISCRIMINATION**

*Please provide a brief description of the discrimination against you. Please try to be as specific as possible with respect to acts, dates, and names. Please write or print legibly, or attach a typed description.*

SEE Attached:

**6. EXECUTION OF COMPLAINT**

**Please read carefully before signing. Please be sure to sign this form in front of a notary public.**

Based on the foregoing, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, you are also filing your employment complaint with the Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing your housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing), as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not commenced any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Katrina Conway

Sign your Full Legal Name

Subscribed and Sworn to

Before me this 14th day

of June, 20 07

Signature of Notary Public

JOSEPH CRISCITELLI
Notary Public, State of New York
No. 01CR6129171
Qualified in Nassau County
Commission Expires June 20, 2009

## ADDITIONAL INFORMATION

Please provide the names, addresses, and phone numbers for any possible witnesses, and what each person witnessed with respect to your charge:

Darlene Hilton
Cindy Reyes
Carmen Bezco
Alicia Harris
Camile Schwartz
Loretta D- Never Saw me grab Maria's Arm

Sharon Claiborne
Cynthia Brad ©
I.R.S.
ONE Corporate Drive
Holtsville New York 11742
(See Attached For Phone #'s)

What remedy are you seeking as a result of filing this complaint?

I want to get my position as a Human Resource Specialist Internal back. I do not want any break in services. I would love to recieve back pay. There needs to be a diversity training class that address who we are as a people.

Please indicate below the name, address, and telephone number of a person who may be contacted and will know your whereabouts if the Division cannot locate you :

Name: Anayma Swanston

Address: 38 Daniel Drive

City: Franklin Park  State: N.J  Zip Code: 08823

Phone Number : Area Code 917 – 514-9022  Ext

# NOTICE OF APPEAL/PETITION TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

OFFICE OF FEDERAL OPERATIONS
P.O. Box 19848
Washington, DC 20036

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | Conway Katrina D |
| Home/mailing address: | 92 Maple Drive |
| City, State, ZIP Code: | Amityville N.Y 11701 |
| Daytime Telephone # (with area code): | 631-398-1162 |
| E-mail address (if any): | KRAtRinasDay@AoL.Com |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | I will inForm you iF |
| Non-Attorney Representative name: | I decide to Employ |
| Address: | Counsel, |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | Department of the Treasury I.R.S |
| Identify the Agency's complaint number: | EEODFS-07-1152-F |
| Location of the duty station or local facility in which the complaint arose: | Maria Lipira Slandered my Name & Jane GreenleaF Discriminated against me @ one Corporate Drive, Holtsville N.Y 1174 @ the I.R.S. bulding |

| | |
|---|---|
| [redacted] | _____Yes; Date Received _____________(Remember to attach a copy)<br>✓ No<br>_____This appeal alleges a breach of settlement agreement |
| [redacted] | ~~No~~<br>✓ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| [redacted] | ✓ No<br>_____Yes **(Attach a copy of the civil action filed)** |

**NOTICE**: Please **<u>attach a copy of the final decision or order</u>** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC **and** with the agency **<u>within 30 days</u>** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| [redacted] | Katrina Conway |
| [redacted] | |

**EEOC Form 573 REV 1/01**

**KATRINA CONWAY'S ANSWER TO QUESTION #5**

***DISCRIPTION OF DISCRIMINATION.***

**On or about Dec 15,2006 I put up four pictures out side of my work cubicle to try to uplift my co-workers morale and help beautify the desolated back area. Many people complimented the pictures as something new and fresh. One day Marie Lipira an Italian Caucasian women became enraged and jealous that I placed the pictures in my work area. Marie started immediately criticizing the pictures and made many comments to my other co-workers that I had my own art wall in the office. Marie Lipria continued to antagonize over the pictures and placed a flyer for our Christmas party in the middle of where I placed the pictures. I phoned Marie three times, left her a message and I also sent her an e-mail asking her if she would mind if I placed the flyer on a vacant cabinet next to the pictures. Marie never did respond to my messages. One day in December Marie returned from a class about 4:15 Pm. I was inside my cubicle and Marie started yelling to her friend Loretta yelling" Look that B moved my flyer again. When I heard her yelling about me I told her that I phoned her several times and left her a message asking if it was ok that I place the flyer on a vacant spot next to the pictures? Marie yelled at me not to leave her any voice messages and not to dare send her any e-mails. I told her that I felt that she was being disrespectful to me. Loretta then says "well technically you are not suppose to put anything on these walls" I replied" well then technically neither should she" People have pictures and personal items hung up all over the office. Marie was just being hateful and discriminatory. I felt that this was a deliberate attack on me. Marie and Loretta walked to the canteen. A couple of minuets later my manager Linda Lucaina came over to me and asked what happened? I told her and she replied that if the Director did not object to the pictures being hung up then Marie should not either. Linda further told me that if Marie says anything else to let her know. There are only 1% of minorities in our building. One African American lady Colleen Hill came over to me and asked me**

**what happened because she heard all of the yelling from where she was. I told her. After that day Marie was going around the office trying to get as many people as possible to turn against me. There was so much hostility in the office from most of Marie's friends. Soon after that incident with Marie we had our Christmas Party. I went in to the party with one of my co-workers (Camille Schwartz) we were going to sit together and Marie came over to Camille and told her not to let me sit at her table forcing me to sit at the back table. This made Camille uncomfortable. I was still being polite to Marie Lipira; I asked her what symbol did she have in a game that we were playing. Marie totally disrespected me by ignoring me as if I was not visible. I tried to reach out to Marie by calling her again and sending her an e-mail in hopes that we could rectify any differences. She once again disregarded me. I sent her an e-mail explaining that I am not accustomed to working in a hostile environment and if she continues to ignore me and created an uncomfortable existence for me then I would have no other choice but to speak to her manager with her. I also sent the e-mail to her manager after I did not receive a response from her. Marie Lipira's manager spoke to her while my manager spoke to me. I explained that I just wanted to have harmony in the work place. Both Marie and I apologized to each other for any misunderstandings. Again I thought that this was settled. The very next day around 8:30 AM, I was in the ladies room Marie storms into the ladies room approaches Camielle Schwartz pointing at her and all the time yelling" LET ME TELL YOU WHAT THAT B.... KATRINA DID........" I say to them that I am here. Marie and Camille left the ladies room. I know Camille was embarrassed and was placed in an uncomfortable position so I went to comfort Camille and told her that I felt bad that Marie keeps dragging into her saga. Camille and I spoke about the awful things that Marie said. I told Linda Lucania what happened in the ladies room with Marie and Camille. Linda said that she would request that Camille does not listen to Marie this way she can defuse any bad things that Marie had to say. Linda Lucania was very professional. I once again thought that Marie would let bygones be bygones. To my surprise Marie has gotten another one of my co-workers to turn against me. The co-worker is Jane Greenleaf. There was a coat rack that no**

**one was utilizing. I started using the coat rack to hang my coat up because there wasn't any space in my cubicle. I came into work one morning and Jane says to me that the coat rack is not mine and could she share it? I told her by all means. Later on she says that the coat rack belongs to Marie Lipira that Marie had it in her cubicle. She further tells me that I better watch my back because Marie has it in for me. Jane spoke to Christen who sits way in the front of the building I sit in the back. Christen also asked me if she could use the coat rack. I tell her that I do not have a problem with her sharing the coat rack. This was all intended to harass me. I said that I would share the coat rack with anyone. Jane became extremely violent with me because I was putting up some Christmas cards on the outside of a co-workers cubicle. The other co-worker did not mind since he was new and he was the only one that did not have decorations on his cubicle. When I was walking back to my cubicle Sharron was complementing how beautiful the wall was and who put up the decorations. Jane yells that Katrina did and starts yelling at me to take down the decorations that I am taking to many liberties. I asked Jane what her real problem was because surely it could not be decorations on the wall. The whole office was decorated with Christmas decorations. Jane stormed off to the manager Linda Lucania and told Linda that I cursed and yelled at her. I never ever curse. I never yelled at Jane. Sharrone is my witness. I told Lind that Jane is reacting off of the bitter hate fueled by Marie Lipira.**

**In February of 2007 I volunteered to be on our companies CPE COMMITTEE. So did Marie. When we had our first group meeting we were trying to formulate sub committees. Marie volunteered to be on the supply sub committee. I was not paying that close attention and volunteered to be on the supply sub committee also. I thought Alicia said that she would be on this committee. As soon as I volunteered Marie Lipira said in front of everyone that she wants to be taken off of this sub committee because I was on it. Once again discriminating against me. I suggested that we do a name jumble with all of the workers names on it and the object was to find your co-workers name. Marie said that she had a program on her computer that can work out jumbles and crossword puzzles. We formed a game**

**team committee consisting of Doris Nationalis, Alicia Harris, Cindy Reyes, Marie Lipira and myself. Because we were all on the same team and the theme of the CPE was teambuilding, I thought that once again Marie Lipira would stop her hate war and witch-hunt against me, She did not. On March 7 ,2007 we (our team) was scheduled to have a luncheon meeting. I sent e-mails to everyone on our team. I requested to have Marie submit her finished game to us since she could not attend the meeting. We needed her game so we would not duplicate the same words for Doris's game. Marie refused and sent some e-mails back (The e-mails are attached.) There was concern from the other team players that Marie was not a good team player. The very next day March 8.2007 Maria approached Cindy Reyes in the ladies room. Marie told Cindy that she is not a bad team player that she just had issues with Katrina. Marie once again was trying to put a wedge between my friend and me. Cindy was put on the spot and made to feel uncomfortable. Cindy told me what Marie said and I was shocked to think that Marie was continuing this blatent discrimination against me. I wrote Marie an e-mail and asked her why did she go to Cindy if she had issues with me and why didn't she just come to me? I requested a meeting with both of our managers. Our managers suggest that we speak to Carmen Bezco from EEO. While we were at the meeting with Carmen, Marie told Carmen that when she first started yelling about the pictures in Dec 2006 that I pulled her arm. I was shocked that she would tell such a lie to justify her behavior. Marie Lipira further went on to say that if we were outside the work place that she would call the police and tell them that I pulled her arm so that I could be arrested. I told Carmen that I would not sit there and let Marie lie on me to my face. Marie called me a BULLDOG, referred to me as a BULLDOZER, and imagined me as ten feet tall and towering over her. She did not like me saying good morning or good night to her. She said that every time I would be polite to her that it was like a knife being shoved in her back. Marie eventually broke down and started crying saying that she acted the wrong way and dramatized the whole thing and that she takes full responsibilities for her actions. Marie did not want me to be polite to her. She said that she did not want to be my friend, I said ok. We left the EEO with a**

**mutual understanding that we would only speak to one another if it were business related. Days after that Marie got every team member except Doris in trouble. All of the team members were called into Chris D'Antonio (acting Director) office. All of us were participating on the team except Marie and yet we all received disciplinary measures. Marie continued to be hateful and maintained a hostile working environment. During the following CPE meetings Marie would make it know how much she despised me. Because my job was more important to me then Marie's Racism, I did my best to remain professional and respectful towards Marie Lipira. The day finally came when we had our CPE. All day long Marie antagonized me. She started making actuations about her purse being missing from where I was sitting, she questioned every move I made to my teammates. Marie actually threatened me at our CPE. She talked about me all day to the other committee members deliberately making me feel belittled, unwanted, uncomfortable and disgraced.**

**On or around April 30, 2007 I was speaking to Darlene Milton in the ladies room. We were on our way out and Darlene was holding the door open. I was just opposite her. Marie abruptly stormed in between us nearly pushing us out of the way. I look at Marie and politely said excuse me. She yelled back WHAT! I said that anytime you walk between two people you should say excuse me. Marie said that she did not like my tone and some other things. I asked Darlene was there anything wrong with my tone? Darlene said no. Marie stormed out between us again and this time she said excuse me. Because I know how much Marie likes too antagonizing me and prefabricating her stories I ask Darlene to come with me so I can tell my Manager Linda what just happened. Darlene and I went to Linda's office where she was having a meeting with someone. I called Linda and told her what happened. Shortly after Marie went into Linda's office and told her a story. When Marie left Linda's office she said BOO to an African American sister. BOO is another way that Caucasians call Black people SPOOKS. My co- worker told me what Marie said and I suggested that she tell Linda. Linda told my co-worker to mention this to Marie first and let Marie know what BOO stands for. In the meantime, Linda asked**

**Darlene and I to write down what happened. We both did. Two days later I was called into Chris D'Antonio's office. She asked me if I knew why she was calling me into the office? I told her no. Linda was also in the office. Chris told me that it was my fault that I asked Marie to say excuse me when she stormed pass Darlene and me while in the ladies room. Chris further accused me of having an issue with Marie. I told her that I did not have an issue with Marie. I told her that I swallowed a lot of the awful treatment that I endured from Marie. Chris thanked me for being the better person and said that she would speak to Marie. Marie apparently stereo typed me to Chris. Marie gave Chris the impression that I was a low down street ghetto girl. Marie told Chris that I rolled my eyes and moved my neck in a circular motion while I was speaking to her. Marie gave Chris the impression that I have a bad Black girl attitude. I never in a million years have rolled my eyes or rotated my head and neck. That is so out of character for me. Chris apparently believed Marie and thought much less of me. Marie has accomplished her goal in stereo typing me to the managers. Besides discrimination there is nothing worse then being stereotyped by all Caucasian workers. I am a Christian missionary and would never be disobedient to my faith.**

**There isn't much diversity at One Corporate Drive. During our CPE in Atlanta Ga. Last year most of the speakers were African American. The majority of the office staff is non-African American. Many co-workers complained that there weren't many white presenters and couldn't they find any white speakers. One of my team members referred to an African American speaker two times as "that colored man" she said, "I really liked that colored man". When we had our staff meeting I mentioned that I would like to enlighten my co- workers and let them know that the term colored man is not ethnically correct. One co-worker went to Linda the manager and said that I said that I wanted to educate my co-workers on how to address African Americans. I explained to Linda that I said enlighten not educate. There is no diversity in the work place. Please contact me for more information. Please feel free to speak with Camille Schwartz, Colleen Hill, and Darlene Milton. Cindy Reyes, Sharron Claiborne, Cynthia Brad, Pat Thomas-**

**Murray and Calvin Woods. I pray that they will be able to tell you about the lies and racial discrimination at One Corporate Drive. I cannot give you the phone numbers of everyone without thrie permission. Sharrone was there when Jane started yelling about the decorations and on other racist and anti christens comments. Darlene was there when Marie came into the ladies room. Cindy was there when Marie approached her about me. Not by everyone is racist at One Corporate Drive but definitely Marie Lipira and Jane Greenleaf who is anti Christian.**

**5A) Discrimination against my religion:**

**We had an offsite staff meeting in a restaurant. I asked permission to bless the food before we ate. I asked everyone if anyone mind if I blessed the food. My manager Linda Lucania asked three tines if anyone would mind if I blessed the food. No one objected. I said the blessing. When we returned to the office Linda called me into her office and reprimanded me for saying the blessing. I told her that she asked three times if anyone mind and no one said no. She further told me that in the future I should bless my food privately.**

**One day a lady name Cathy was admiring my cross pendant. She asked Jane Greenleaf if she thought my cross was beautiful. Jane replied that she is Jewish so what does she care. We were not allowed to recognize Easter, Christmas of any religious holidays in the work place however there was nothing said when it came about any Jewish holidays. This offended many Christians.**

**Sincerely**

**Katrina D. Conway**

**August 4,2007**

**Ms. MATI MELECIO**
**C/O**
**INTERNAL REVENUE SERVICE**
**JOHN S. KENNEDY BLDG.**
**15 NEW SUDBURY STREET**
**ROOM 825**
**BOSTON, MASS. 02203**

**Dear Mati,**

**It was a pleasure speaking with you yesterday. I would like to include that after Maria Lipira and I spoke to Carmen Belford I requested to speak to Carmen about something Maria said that did not sit well with me and tormented me even to this day. I sent Carmen an e-mail requesting that I follow up with her about something that Maria said. Carmen set aside some time for me and suggested that I try to put all of the issues behind me and move forward. I agreed and I did not want to reiterate on the fact that Maria fabricated and told Carmen that I pulled her arm when she was yelling about the pictures that I place outside of my cubicle. Maria went further to say that if we were out side of the building that she would have called the cops and have me arrested for harassment. I never pulled Maria's arm. Maria's friend Loretta was standing there all of the time Maria and I were standing there and Loretta never said that I pulled Maria's arm. This bothers me because first of all I never touched Maria. Moreover, this is defamation of character. Once again Maria is prevaricating and trying to stereo type me. This is troubling to me because I have found out that some people actually make frivolous claims on others in order to deface their standards and make false arrest. This is a serious matter that Maria has accused me of. Maria Lipira actually told the managers that I pulled her arm. I do not know weather they believed her or not but I do know that because of Maria's lies and constant harassment to me, that her lies did have an influence on Christine D'Antonio's hasty decision to terminate me without allowing me to give her the true explanation. Maria has damaged my character and I would appreciate it if we could get Maria to tell the truth. I am willing to take a lie detector test.**

**I am suggesting that Maria Lipira take a lie detector test also. I will pay for it. Factually, I will clear my name when it comes to Maria Lipira's false accusations. There is so much discrimination at One Corporate Drive that these unfortunate circumstances really require investigating. Thank you for your time and consideration.**

**Sincerely**
**Katrina Conway**

**92 Maple Drive**
**Amityville New York 11701**
**631-608-1949**

EXHIBIT

**EEODFS-07-1152-F**

**DEPARTMENT OF THE TREASURY FINAL AGENCY DECISION**

**IN THE MATTER OF**

**KATRINA CONWAY V. HENRY M. PAULSON JR. SECRETARY OF THE TREASURY**

## APPEAL FORM:

I Katrina D. Conway am appealing the final decision of the Dept of Treasury. Some of the statements that are in the final decision are false and without merit. I was told to see an EEOC counselor at the IRS at one Corporate Drive in Holtsville in March of 2007.Maria Lipira and I spoke with Carmen B. for more then two hours to discuss the issues that Marie had with me. I told Carmen that I was not going to leave her office until the situation was resolved. During the time when we were in the office with Carmen B. (I believe my manager Linda Lucaina suggested that we speak to Carmen) Marie lied to Carmen and told her that I pulled her arm while she was yelling at me, I quickly responded and told Carmen that Marie was lying and what I never touched her. Loretta was standing right next to Marie when she started yelling about her Christmas flyer and no one saw me touch her because I did not touch her. Marie admitted to handling the situation very bad and said it was all of her fault. Carmen just asked me not to say good morning or good night to Marie in the office place because she hated me to be nice to her. Marie expressed her dislike for me. Marie also told Carmen B. that had we been outside in the street she would have called the police and made them arrest me for pulling her arm. Carmen B. wrapped up the meeting with out me clarifying the fact that Marie lied when she said that I pulled her arm. Several days after our meeting I sent Carmen an e-mail

asking her to please make time for me to speak to her about Marie. She said that she thought the matter was finished and we should move forward but will make time for me. I was extremely upset about the allegations that Marie made stating that I pulled her arm. I never pursued the meeting with Carmen. Marie got extremely nastier after the meting with Carmen.
When I was terminated, I was in shock mainly because the allegations that were made against me were pure lies…just like Marie's. When I was told to contact the EEOC I did not know that Chris DiAntonia meant to go back to Carmen since she never did resolve the issue when I was working there. I thought because I was terminated that I had to file with an outside agency. I only started this position in June of 2006. I was terminated on May of 2007 I truly did not know that I was suppose to speak to someone inside the same place that I was just terminated from. There was not an address on my termination letter directing me where to go to file my EEOC complaint. I filed with the commission of Human Rights and received a number of 10118632 and received a federal EEOC charge number of 16GA703735 I believed that this was the correct action to take. I am requesting you to grant my appeal on the bases that I was obvious as to what address to send my complaint to.

I further want to state that Marie Lipira told a bold face lie when she said that I pulled her arm. I am prepared to take a lie dector test to prove I never touched her and she is prevaricating. I will also file a lawsuit against her for defamation of character. I do not want to have to go on the outside to acquire an attorney. There is a vast amount of prejudices at the Holtsville office and it can be verified. Please consider investigating my discrimination case.
Thank you.
Ms. Katrina D. Conway
Katrina D. Conway
I am sending my appeal form via certified mail to:

**RELIEF:**

I am requesting that Marie Lipiria give me one year's salary for slander, defamation of character, harassment, and for pain and suffering.

I am requesting that I be reinstated for all loss wages, get my job back, be placed in my former position as a level eleven and whatever rewards that the court see fit.