FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JAN 30 2012 ★

LONG ISLAND OFFICE

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
KATRINA D. CONWAY,

                Plaintiff,

      -against-

TIMOTHY GEITHNER, SECRETARY
OF THE DEPARTMENT OF THE
TREASURY,

                Defendant.
----------------------------------------------------X

**ORDER**
08-CV-5218 (SJF)(ARL)

FEUERSTEIN, J.

On December 17, 2008, pro se plaintiff Katrina D. Conway ("plaintiff") commenced this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"), alleging, inter alia, that she was discriminated against on the basis of her race, national origin, and religion. Plaintiff was granted leave to proceed in forma pauperis. [Docket Entry No. 5]. By order dated December 29, 2011, the Court granted the motion for summary judgment filed by defendant Timothy Geithner, Secretary of the Department of the Treasury. [Docket Entry No. 74]. Judgment was entered on January 3, 2012. [Docket Entry No. 75].

Before the Court is plaintiff's motion to proceed in forma pauperis on appeal. [Docket Entry No. 76].

Rule 24(a)(3) of the Federal Rules of Appellate Procedure states, in pertinent part:

"A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless:
(A) the district court–before or after the notice of appeal is filed–certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to

1

proceed in forma pauperis and states in writing its reasons for the certification or finding; or
(B) a statute provides otherwise."

As plaintiff was granted leave to proceed in forma pauperis in the district court, and the Court has not revoked that authorization, plaintiff may proceed in forma pauperis on appeal. Fed. R. App. P. 24(a)(3). Plaintiff's motion is therefore denied as moot.

**SO ORDERED.**

Sandra J. Feuerstein
United States District Judge

Dated:  January 30, 2012
        Central Islip, New York

2